


July 22, 2026

**ADAMSON AHDOOT LLP**
Alan A. Ahdoot (SBN 238594)
Christopher B. Adamson,(SBN 238500)
James D. Theodosopoulos (SBN 3423435)
1122 S. La Cienega Blvd.
Los Angeles, CA 90035
Telephone: (310) 888-0024
james.theo@aa.law

Attorney for Plaintiff LISSETTE LARIOS ROOHBAKHSH

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
THOMAS G. LININGER (SBN353277)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
mjaime@mathenysears.com
tlininger@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. 25-cv-09442-PCP<br><br>**JOINT STIPULATION TO AMEND THE CASE MANAGEMENT ORDER'S COMPLETION OF ADR**<br><br>Date:<br>Time:<br>Courtroom:<br><br>Complaint filed: 7/23/25<br>Trial date: Not Assigned. |

TO THE COURT:

Pursuant to the Federal Rules of Civil Procedure ("FRCP") Rules 15 and this Court's Order Setting Scheduling Conference, Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Defendant") and Plaintiff LISSETTE LARIOS ROOHBAKHSH (hereinafter "Plaintiff"), by and through their attorneys of record, hereby submit this Joint Stipulation to Amend the Case Management Order's Completion of ADR as follows:

1. The parties have been discussing mediation, including mediators and mediation terms, for many months and had a mediation set for July 30, 2026 with David Moeck;
2. Plaintiff had requested the deposition of the Person Most Qualified for Defendant to occur prior to the mediation date, which Defendant's counsel stated was not possible;
3. The current Case Management Order has the Completion of ADR set for August 31, 2026; and
4. The parties have agreed to extend the Completion of ADR for three (3) months from August 31, 2026 to December 1, 2026;

Based on the above-referenced facts, the parties hereby request that the Completion of ADR date be continued to December 1, 2026 or any other later date available on the Court's calendar.

Dated: 7/20/2026

**ADAMSON AHDOOT LLP**

By: ______________________
JAMES THEODOSOPOULOS,
Attorneys for Plaintiff LISSETTE LARIOS ROOHBAKHSH

Dated: 7/20/26

**MATHENY SEARS LINKERT & JAIME LLP**

By ______________________
MATTHEW C. JAIME,
Attorneys for Defendant COSTCO WHOLESALE CORPORATION

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1150 S. Robertson Blvd., Los Angeles, California 90035.

On July 21, 2026, I served the document(s) described as: **"JOINT STIPULATION TO AMEND THE CASE MANAGEMENT ORDER'S COMPLETION OF ADR"**, on all interested parties in this action by as follows:

Matthew C. Jaime, Esq.
S.J K. Hammon, Esq.
MATHENY SEARS LINKERT & JAMIE LLP
3638 American River Drive
Sacramento, CA 95864
T: (916) 978-3434
E: mjaime@mathenysears.com
shammon@mathenysears.com
rladrido@mathenysears.com
jrolandsson@mathenysears.com
bbush@mathenysears.com

*Attorneys for Defendant, COSTCO WHOLESALE CORPORATION*

☒ **(BY ELECTRONIC MAIL)** Based on a court order or an agreement with opposing counsel to accept service of documents electronically, I caused the documents to be sent to the persons at the e-mail address(es) listed on the above service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(BY CM/ECF)** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☒ **(STATE)** I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on July 21, 2026, at Los Angeles, California.

Mia Muñoz